# FILED

APR 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09 - CR - 0 2 0 1 EJG |
| | ) | |
| Plaintiff, | ) | SEALING ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN M. KRAUT. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment in the above-referenced case shall be sealed until arrest of a defendant STEPHEN M. KRAUT.

DATED: 4/30/09

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1