1  LAWRENCE G. BROWN
   Acting United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748



FILED

MAY 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    CR. NO. S-09-0201 EJG
                                   )
12               Plaintiff,        )    Application For Order Unsealing
                                   )    Indictment; [Proposed] Order
13          v.                     )
                                   )
14  STEPHEN M. KRAUT,              )
                                   )
15               Defendant.        )
                                   )
16  _____  )

17

18       TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE

    JUDGE:
19

         COMES NOW Russell L. Carlberg, Assistant United States Attorney
20

21  for the Eastern District of California, to petition this Court and

22  respectfully represent:

23       1.  On April 29, 2009, the Honorable United States Magistrate

24  Judge Dale A. Drozd issued an order sealing the Indictment in the

25  above-referenced case.  That order stated that the indictment would

26  be unsealed upon arrest.  The government brings this motion to

27  unseal the indictment now, in advance of arrest, for the reasons

28  stated below.

    **Cr. No. 2-09-201 EJG**
    **Application to Unseal Indictment**

                          1

2. The government moved for the order to seal the indictment and sought an arrest warrant because, at the time of sealing, defendant KRAUT had failed to meet with his defense attorney to discuss the government's offer to resolve the case in a pre-indictment plea. The government made the offer back in December 2008. As of April 29, 2009, the government was informed that KRAUT had cancelled several meetings with his attorney, even after the government made clear that an indictment was imminent. The government also learned that KRAUT had his house foreclosed upon. Given the unknowns involving KRAUT and the substantial time he could receive as a result of a multi-million dollar fraud, it was prudent to seal the indictment and to seek the arrest warrant so that KRAUT could be arrested, should he continue to be unresponsive.

3. Since the indictment and arrest warrant issued, the undersigned Assistant United States Attorney (AUSA) learned that KRAUT finally met with defense counsel. The AUSA then offered KRAUT, through his counsel, the choice of surrendering to the FBI or to the U.S. Marshals. Defense counsel has indicated that KRAUT will self-surrender in Sacramento to the U.S. Marshals on Monday, May 18, 2009 at approximately 9:00 a.m.. KRAUT would be on this Court's 2:00 p.m. calendar that same day.

4. The government is now reasonably assured KRAUT will self-surrender. Further, defense counsel, and pretrial services need time to review the indictment before Monday's court appearance. Accordingly, the government respectfully requests that the indictment in this case be unsealed.

Cr. No. 2-09-201 EJG
Application to Unseal Indictment

1 THEREFORE, your petitioner prays that the aforesaid indictment

2 be unsealed and made part of the public record.

3

4 Dated: May 14, 2009                    Respectfully submitted,

5                                        LAWRENCE G. BROWN
                                         ACTING UNITED STATES ATTORNEY
6

7

8                                by:    _____
                                        RUSSELL L. CARLBERG
9                                       Assistant U.S. Attorney

10

11                              [PROPOSED] ORDER

12       THE COURT HEREBY ORDERS that the Indictment in Criminal Case

13 No. S-09-201 EJG be unsealed and made part of the public record.

14

15

16 DATED:   _May 14, 2009_____

17

18                                      _____
                                        GREGORY G. HOLLOWS
19                                      HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge
20

21

22

23

24

25

26

27

28

Cr. No. 2-09-201 EJG
Application to Unseal Indictment

3