```
 1  SHARI RUSK, Bar #170313
    ATTORNEY AT LAW
 2  1710 BROADWAY, SUITE 111
    Sacramento, California 95818
 3  Telephone: (916) 804-8656

 4  Attorney for Defendant
    Stephen Kraut
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S.09-201 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) **Stipulation to Continue Status** |
| v. | ) **Conference & Proposed Order** |
|  | ) |
| STEPHEN KRAUT, | ) Date: July 10, 2009 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Court: Hon. Edward J. Garcia |
| _____ | ) |

   Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for June 3, 2009 should be re-set to July 10, 2009, and that date is available with the Court.

   The reason for this request is that Mr. Kraut has just received over 100,000 pages of discovery and needs to review it and engage in defense investigation. The parties agree that the status conference should be continued to July 10, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under

1  § 3161 (h)(1)(D) and pursuant to local code T4.

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: June 1, 2009                     Shari Rusk
                                    Attorney for Defendant
                                    Stephen Kraut


                                    /s/ Russell Carlberg
Dated: June 1, 2009                     Russel Carlberg
                                    Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2009

                                    /s/ Edward J. Garcia
                                    _____
                                    Hon. Edward J. Garcia
                                    United States District Court Judge

2