```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Order** |
| ) | |
| STEPHEN KRAUT, ) | Date: September 18, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for July 10, 2009 should be re-set to September 18, 2009, if that date is available with the Court.

The reason for this request is that Mr. Kraut has received over 100,000 pages of discovery and needs to review it and engage in defense investigation. The parties agree that the status conference should be continued to September 18, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and

under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                    Respectfully submitted,

Dated: July 3, 2009            /s/ Shari Rusk
                                    Shari Rusk
                                Attorney for Defendant
                                Stephen Kraut


                                  /s/ Russell Carlberg
Dated: July 3, 2009            Russell Carlberg
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 6, 2009

                                  /s/ Edward J. Garcia
                                  U. S. DISTRICT JUDGE