1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Stephen Kraut
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    ) NO. CR. S.09-201 EJG
                                )
11             Plaintiff,       )
                                ) **Stipulation to Continue Status**
12      v.                      ) **Conference & Proposed Order**
                                )
13 STEPHEN KRAUT,               ) Date: November 4, 2009
                                ) Time: 10:00 a.m.
14             Defendant.       ) Court: Hon. Edward J. Garcia
                                )
15 _____)
16 ___

17

18
        Defendant, Stephen Kraut, by and through his undersigned counsel
19
   and the United States, by and through Assistant United States
20
   Attorney Russell Carlberg, hereby agree and stipulate that the status
21
   conference previously scheduled for September 18, 2009 should be re-
22
   set to November 4, 2009, and that date is available with the Court.
23
        The reason for this request is that Mr. Kraut has received over
24
   100,000 pages of discovery and there remains boxes of discovery at the
25
   F.B.I. office in Sacramento which counsel needs to review and
26
   investigate.  The parties agree that the status conference should
27
   be continued to November 4, 2009 and that time should be excluded for
28

preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                      Respectfully submitted,

Dated: September 16, 2009     /s/ Shari Rusk
                                        Shari Rusk
                                   Attorney for Defendant
                                   Stephen Kraut

                                     /s/ Russell Carlberg
Dated: September 16, 2009         Russell Carlberg
                                   Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 17, 2009

                                     /s/ Edward J. Garcia
                                     U. S. DISTRICT JUDGE