```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v.    ) | **Conference & Proposed Order** |
| ) | |
| STEPHEN KRAUT, ) | Date: December 11, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

    Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for November 4, 2009 should be continued to December 11, 2009, and that date is available with the Court.

    The reason for this request is that Mr. Kraut has received over 100,000 pages of discovery and there remains boxes of discovery at the F.B.I. office in Sacramento which counsel needs to review and investigate. The parties agree that the status conference should

be continued to December 11, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                        Respectfully submitted,

Dated: November 2, 2009       /s/ Shari Rusk
                                        Shari Rusk
                                        Attorney for Defendant
                                        Stephen Kraut

Dated: November 2, 2009      /s/ Russell Carlberg
                                        Russell Carlberg
                                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 3, 2009

                                        /s/ Edward J. Garcia
                                        U. S. DISTRICT JUDGE