```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Order** |
| ) | |
| STEPHEN KRAUT, ) | Date: January 29, 2010 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for December 11, 2009 should be continued to January 29, 2010, and that date is available with the Court.

The reasons for this request are that Mr. Kraut has received well in excess of 100,000 pages of discovery and there remains boxes of discovery at the F.B.I. office in Sacramento which counsel needs to review and investigate. The defense has been actively investigating

the matter and continues to do so.  There are complicated loss issues that need to be resolved before the parties can engage in meaningful negotiations.  The parties agree that the status conference should be continued to January 29, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

Respectfully submitted,

Dated: December 9, 2009

/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Stephen Kraut

Dated: December 9, 2009

/s/ Russell Carlberg
Russell Carlberg
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: December 9, 2009

_____/s/ Edward J. Garcia_____
Hon. Edward J. Garcia
United States District Court Judge

2