```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO. CR. S.09-201 EJG |
|                            Plaintiff, ) | |
|                                      ) | **Stipulation to Continue Status** |
|      v.                              ) | **Conference &  Order** |
|                                      ) | |
| STEPHEN KRAUT,                       ) | Date: February 26, 2010 |
|                                      ) | Time: 10:00 a.m. |
|                            Defendant. ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

   Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for January 29, 2010 should be continued to February 26, 2010, and that date is available with the Court.

   The reasons for this request are that Mr. Kraut has received well in excess of 100,000 pages of discovery and there remains boxes of discovery at the F.B.I. office in Sacramento which counsel has been in the process of reviewing  and investigating   There are complicated

1  loss issues that need to be resolved before the parties can engage
2  in meaningful negotiations.  The parties agree that the status
3  conference  should be continued to February 26, 2010 and that time
4  should be excluded for preparation of counsel under 18 U.S.C. §
5  3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code
6  T2 and T4.

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: January 28, 2010                Shari Rusk
                                    Attorney for Defendant
                                    Stephen Kraut


_____   /s/ Russell Carlberg
Dated: January 28, 2010                Russell Carlberg
                                    Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: January 28, 2010             /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
                                    United States District Court Judge