SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S.09-201 EJG |
| Plaintiff, | |
| v. | **Stipulation to Continue Status Conference & Proposed Order** |
| STEPHEN KRAUT, | Date: March 12, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Hon. Edward J. Garcia |

    Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for February 26, 2010 should be continued to March 12, 2010, and that date is available with the Court.

    The reasons for this request are that Mr. Kraut has received well in excess of 100,000 pages of discovery and there remains boxes of discovery at the F.B.I. office in Sacramento which counsel has been in the process of reviewing and investigating  There are complicated

loss issues that need to be resolved before the parties can engage in meaningful negotiations.  The parties agree that the status conference  should be continued to March 12, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                        Respectfully submitted,

                                        /s/ Shari Rusk
Dated: February 24, 2010                   Shari Rusk
                                        Attorney for Defendant
                                        Stephen Kraut


                                         /s/ Russell Carlberg
Dated: February 24, 2010                    Russell Carlberg
                                        Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: 2/25/10                          /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, U.S. DISTRICT JUDGE