```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  NO. CR. S.09-201 EJG
                             )
            Plaintiff,       )
                             )  Stipulation to Continue Status
      v.                     )  Conference & Order
                             )
STEPHEN KRAUT,               )  Date: July 23, 2010
                             )  Time: 10:00 a.m.
            Defendant.       )  Court: Hon. Edward J. Garcia
                             )
_____)
```

Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell L. Carlberg, hereby agree and stipulate that the status conference previously scheduled for May 7, 2010 should be continued to July 23, 2010, and that date is available with the Court.

The reasons for this request are that Mr. Kraut has received and reviewed with both his attorney and investigator, well in excess of 100,000 pages of discovery, as well as many boxes of discovery at the F.B.I. office in Sacramento. In addition, there is a warehouse of documents which may have direct bearing on the loss amount in

1  this case and are vital to resolving the matter.  The defense is in
2  the process of setting up a categorical review of all of the
3  warehouse documents.  The allegations in this case span over a year
4  time period and involve many documents, which defense counsel has
5  been in the process of reviewing and investigating.

6  　　　There appear to be complicated loss issues that need to be
7  resolved.  For instance, the alleged false inventory scheme involved
8  long lists of real vehicles that were generated several times per
9  week.  Some of the listed vehicles may have been actually purchased
10 by Tracy Chevrolet, while others may have been falsely reported as
11 purchased in order to secure fraudulent financing, according to the
12 government.  Untangling which vehicles were actually purchased from
13 those that may not have been is the task.  The defense is making
14 progress, but needs to review the final set of documents in the
15 warehouse.  Then the material must be analyzed in light of intended
16 versus actual loss.

17 　　　Accordingly, the parties agree that the status conference
18 should be continued to July 23, 2010, to allow the defense
19 investigator to prepare a reasonable estimate of loss.  This case
20 is complex and counsel requires adequate time to prepare a defense.
21 Time should be excluded for complexity and preparation of counsel
22 under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and
23 pursuant to local codes T2 and T4.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 5, 2010　　　　　　　　/s/ Shari Rusk
　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Stephen Kraut

2

```
                                    /s/ Russell Carlberg
Dated: May 5, 2010                  Russell Carlberg
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: May 7, 2010

```
                                    /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
                                    United States District Court Judge
```