SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHEN KRAUT,<br><br>        Defendant.<br>_____ | NO. CR. S.09-201 EJG<br><br>**Stipulation to Continue Status Conference & Order**<br><br>Date: October 22, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Garcia |

    Defendant, Stephen Kraut, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Russell Carlberg, hereby agree and stipulate that the status conference previously scheduled for August 27, 2010 should be continued to October 22, 2010, and that date is available with the Court.

    The reasons for this request are that Mr. Kraut has received and reviewed with both his attorney and investigator, well in excess of 100,000 pages of discovery, as well as boxes of discovery at the F.B.I. office in Sacramento. In addition, there is a warehouse of documents which have direct bearing on the loss amount in this case and are vital to resolving the matter. The parties are in the process

of setting up a categorical review of all of those documents. The allegations in this case span over a year time period and involve many documents, which counsel has been in the process of reviewing and investigating. There are complicated loss issues that need to be resolved before the parties can engage in meaningful negotiations. The parties agree that the status conference should be continued to October 22, 2010 to allow the defense investigator to prepare a reasonable estimate on loss. This case is complex and counsel requires adequate time to prepare a defense. Time should be excluded for complexity and preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

Respectfully submitted,

Dated: August 20, 2010
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Stephen Kraut

Dated: August 20, 2010
/s/ Russell Carlberg
Russell Carlberg
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 23, 2010

/s/
Hon. Edward J. Garcia
United States District Court Judge

2