```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| Plaintiff, ) | |
| ) | **Stipulation & Order to** |
| v. ) | **Continue Judgment & Sentencing** |
| ) | |
| STEPHEN KRAUT, ) | Date: September 2, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

---

Defendant, Stephen Kraut, by and through his undersigned counsel, and the United States of America, through Assistant United States Attorney, Russell Carlberg, hereby agree and stipulate that judgement and sentencing in this matter should be continued to September 2, 2011, and that date is available with the Court and acceptable to probation. Mr. Kraut needs additional time to respond to the pre-sentence report and the parties are exploring whether a stipulation regarding loss may be possible. The parties agree to the following schedule:

```
            Informal Objections: August 5, 2011
            Final Report: August 12, 2011
            Sentencing Memorandum: August 26, 2011


                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: May 24, 2011           Shari Rusk
                              Attorney for Defendant
                              Stephen Kraut


                              /s/ Russell Carlberg
                              Russell Carlberg
                              Assistant United States Attorney



  IT IS SO ORDERED this 25th day of May, 2011.



                              /s/ Edward J. Garcia
                              U. S. DISTRICT JUDGE
```

2