SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| Plaintiff, ) | |
| ) | **Stipulation & Order to Continue** |
| v. ) | **Judgment & Sentencing** |
| ) | |
| STEPHEN KRAUT, ) | Date: October 28, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

Defendant, Stephen Kraut, was convicted of fifteen counts of bank fraud, in violation of 18 U.S.C. § 1344. This matter is set for sentencing on September 2, 2011. The parties request that judgement and sentencing be continued to October 28, 2011 and that date is available with the Court. Mr. Kraut subpoenaed documents from First Hawaiian Bank in June of 2011. Despite great persistence, the documents arrived on August 19, 2011. There are over 2,000 pages of records, which the defense has shared with the government. The defense expert received the documents on August 23, 2011. The parties agree that the documents need to be reviewed

1  prior to sentencing.  Therefore, the parties request the following
2  schedule:
3           Informal Objections:      October 7, 2011
4           Sentencing Memorandum:    October 21, 2011
5           Judgement & Sentencing:   October 28, 2011

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: August 24, 2011              Shari Rusk
                                    Attorney for Defendant
                                    Stephen Kraut


                                    /s/ Russell Carlberg
                                    Russell Carlberg
                                    Assistant United States Attorney

**ORDER**

    It is so ordered that the matter be continued for judgement and sentencing to October 28, 2011.

Dated: August 25, 2011              /s/ Edward J. Garcia
                                    Hon. Judge Garcia
                                    United States District Court

2