1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Stephen Kraut

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    ) NO. CR. S.09-201 EJG
                                )
11              Plaintiff,       )
                                ) **Stipulation & Order to Continue**
12     v.                        ) **Judgment & Sentencing**
                                )
13 STEPHEN KRAUT,                ) Date: March 9, 2012
                                ) Time: 10:00 a.m.
14              Defendant.       ) Court: Hon. Edward J. Garcia
                                )
15 _____ )
16 ___

17

18

19         Defendant, Stephen Kraut, was convicted of fifteen counts of

20 bank fraud, in violation of 18 U.S.C. § 1344.  This matter was set

21 for sentencing on January 6, 2012.  The parties request that

22 judgement and sentencing be continued to March 9, 2012, and that

23 date is available with the Court. The parties have reached a

24 tentative sentencing agreement that essentially resolves all

25 disputed issues.  The parties are providing information to probation

26 to finalize the pre-sentence report. The parties therefore request

27 that judgement and sentencing be re-set to March 9, 2012.  The

28 parties request the following schedule:

1    Informal Objections:        February 24, 2012

2    Sentencing Memorandum:      March 2, 2012

3    Judgement & Sentencing:     March 9, 2012

4

5

6

7                               Respectfully submitted,

8                               /s/ Shari Rusk
   Dated: January 3, 2012       Shari Rusk

9                               Attorney for Defendant

10                              Stephen Kraut

11

12

13                              /s/ Russell Carlberg
                                Russell Carlberg
14                              Assistant United States Attorney

15

16                   **<u>ORDER</u>**

17       It is so ordered that the matter be continued for

18   judgement and sentencing to March 9, 2012.

19

20   Dated: January 3, 2011        /s/ Edward J. Garcia
                                   U. S. DISTRICT JUDGE
21

22

23

24

25

26

27

28

                          2