JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
STEPHEN M. KRAUT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR-0201-EJG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEFENDANT'S SELF-SURRENDER DATE |
| v. | |
| STEPHEN M. KRAUT, | |
| Defendant. | |

Defendant Stephen M. Kraut, through counsel John Balazs, and the United States through its counsel, Assistant U.S. Attorney Russell L. Carlberg, hereby stipulate and request that the Court extend Mr. Kraut's self-surrender date two weeks from May 11, 2012 to May 25, 2012. Mr. Kraut has been designated by the Bureau of Prisons to surrender to the Atwater federal prison.

The reason for this request is that Mr. Kraut and his wife Kathryn Kraut have filed for Chapter 7 bankruptcy and there is a mandatory meeting scheduled for May 22, 2012, at 3:30 p.m. Per the attached letter of the Krauts' bankruptcy attorney, Mr. Kraut's attendance is required at this meeting and no earlier date is available. To attend this meeting, Mr. Kraut respectfully asks for a 2-week extension of his date to surrender to

federal prison from May 11, 2012 to May 25, 2012.

It is so stipulated.

Dated:  May 2, 2012                              Respectfully submitted,


/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
STEPHEN M. KRAUT

Dated:  May 2, 2012

/s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation set forth above, IT IS HEREBY ORDERED that defendant Stephen M. Kraut's date for surrender to serve his sentence of imprisonment be extended from May 11, 2012 to May 25, 2012, by 2:00 p.m.  All other orders and conditions are to remain in effect.

Dated:  May 2, 2012

/s/ Edward J. Garcia

Hon. Edward J. Garcia
U.S. District Judge