IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　　No. 2:09-cr-0201 WBS AC P

    vs.

STEPHEN MICHAEL KRAUT,

    Movant.　　　　　　　　　　<u>ORDER</u>

                                 /

        Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By Order filed on March 22, 2013, respondent was directed to file an answer within thirty days. ECF No. 89. Respondent has not filed an answer and the time for doing so has expired. Respondent must show cause, within fourteen days, for its failure to file a timely response.

        IT IS SO ORDERED.

DATED: June 3, 2013

                                                  /s/ Allison Claire
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

AC:009
krau0201.ord