IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                  No. 2:09-cr-0201 WBS AC P

    vs.

STEPHEN MICHAEL KRAUT,

    Movant.                                      <u>ORDER</u>

_____/

        The government has responded (ECF No. 92) to the order to show cause (ECF No. 91). The order to show cause is hereby discharged. Respondent's request for an additional thirty days to file a response to the pending § 2255 motion is granted. In light of the government's past failure to comply with the relevant briefing order, however, any further request for an extension of time, absent extraordinary cause, will be strongly disfavored.

        IT IS SO ORDERED.

DATED: June 7, 2013

                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE

AC:009
krau0201.eot